### 26885. CALHOUN *v.* THE STATE.

GUERRY, J. The defendant was indicted for murder, and was convicted of voluntary manslaughter. The evidence was abundantly sufficient to warrant this verdict. See *Eich* v. *State,* 169 *Ga.* 425 (150 S. E. 579); *Perry* v. *State,* 185 *Ga.* 408 (195 S. E. 175). This being the only question presented, the judgment denying a new trial is

*Affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED SEPTEMBER 7, 1938.

*J. C. Bowden,* for plaintiff in error.

*John A. Boykin, solicitor-general, J. W. LeCraw, Quincy O. Arnold,* contra.